IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00669-ZLW-BNB

ABASS YAYA BAMBA,

    Plaintiff,

v.

CITY OF DURANGO, a Municipal corporation,

    Defendant.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Stipulation For Dismissal With Prejudice (Doc. # 21). In consideration thereof, it is

ORDERED that all claims in this case which were brought between Plaintiff and Defendant are dismissed with prejudice, each party to pay his or its own costs and attorney fees.

DATED at Denver, Colorado, this  23rd  day of   April  , 2008.

                BY THE COURT:

                _____
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court